# IN THE DISTRICT COURT OF THE UNITED STATES
## for the Western District of New York

---

|  |  |
|---|---|
|  | **October 2023 GRAND JURY** <br> **(Impaneled October 11, 2023)** |
| **THE UNITED STATES OF AMERICA** | **INDICTMENT** |
| *-vs-* | **Violation:** <br> 18 U.S.C. § 922(g)(1) |
| **JULIUS WHITE** | (1 Count and 1 Forfeiture Allegation) |

## COUNT 1

### (Felon in Possession of Ammunition)

### The Grand Jury Charges That:

On or about July 29, 2023, in the Western District of New York, the defendant, **JULIUS WHITE,** knowing that he had previously been convicted on or about June 14, 2018, and March 10, 2011, in County Court, Monroe County, New York, of crimes punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, ammunition, namely, five (5) 9mm Luger (9x19mm) caliber cartridges and one (1) 9mm Luger (9x19mm) caliber cartridge case.

**All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).**

### FORFEITURE ALLEGATION

### The Grand Jury Alleges That:

Upon conviction of Count 1 of this Indictment, the defendant **JULIUS WHITE** shall forfeit to the United States, all of his right, title and interest in any firearm and ammunition involved or used in the commission of the offense, or found in the possession or under the

immediate control of the defendant at the time of arrest including, but not limited to the following seized on July 29, 2023, from the defendant in the vicinity of 363 Magnolia Street, Rochester, New York:

**FIREARM AND AMMUNITION:**

    a.    One (1) black Diamondback DB9 9mm caliber handgun with no serial number;

    b.    Five (5) 9mm Luger (9x19mm) caliber cartridges; and

    c.    One (1) 9mm Luger (9x19mm) cartridge case.

**All pursuant to Title 18, United States Code, Sections 924(d) and 3665, and Title 28, United States Code, Section 2461(c).**

DATED: Rochester, New York, January 23, 2024.

TRINI E. ROSS
United States Attorney

BY:   s/EVERARDO A. RODRIGUEZ
Assistant United States Attorney
United States Attorney's Office
Western District of New York
100 State Street
Rochester, New York 14614
585-399-3950
Everardo.Rodriguez@usdoj.gov

A TRUE BILL:

s/FOREPERSON